UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------- X
AMRITA SEWKUMAR,

        Plaintiff,               INDEX NO. 14 Civ. 6149-DRH-AKT

  -against-

BANK OF AMERICA, N.A.,

        Defendant.
------------------------------------------- X

Plaintiff Amrita Sewkumar and Defendant Bank of America, N.A. by and through their undersigned counsel hereby stipulate to the dismissal of the above-captioned matter in its entirety, with prejudice and without costs or fees to any party, and waiving all rights of appeal.

**STIPULATED AND AGREED TO:**

THE HARMAN FIRM, PC.

_____
Ronnie L. Silverberg, Esquire
The Harman Firm, P.C.
1776 Broadway, Suite 2030
New York, NY 10019
212-425-2600
Fax: 212-202-3926
Email: rsilverberg@theharmanfirm.com

*Attorneys for Plaintiff Amrita Sewkumar*

Dated: _____, 2015

LOCKE LORD LLP.

_____
Siobhan M. Sweeney, Esquire (*PHV*)
Locke Lord LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100
(888) 325-9182 fax
siobhan.sweeney@lockelord.com

Aimée S. Lin, Esquire (AS-5309)
Locke Lord LLP
44 Whippany Road
Morristown, NJ 07940
(973) 520-2036
aimee.lin@lockelord.com

*Attorneys for Defendant Bank of America, N.A.*

Dated: April 14, 2015

AM 47317466.1

**So Ordered,**

Dated: _____, 2015        _____

AM 47317466.1